IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01099-KMT

RICHARD ANTHONY ROYBAL,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kathleen M. Tafoya on September 23, 2015 , incorporated herein by reference, it is

    ORDERED that the Commissioner's decision through the Administrative Law Judge is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Richard Anthony Roybal.   It is

    FURTHER ORDERED that Defendant Carolyn W. Colvin is awarded costs pursuant to Fed. R. Civ. P. 54(d)(1).  It is

    FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

DATED at Denver, Colorado this 23rd day of September, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/M. Ortiz
M. Ortiz,
Deputy Clerk